*Tuesday,
June 28.*

LEPPERT *v.* THE STATE.

APPEAL from the *Tippecanoe* Court of Common Pleas.

*Per Curiam.*—This was a prosecution under the liquor law of 1853, and falls within the ruling of this Court in *Meshmeier* v. *The State,* 11 Ind. R. 484.

The judgment is reversed with costs. Cause remanded, &c.

*W. C. Wilson, W. F. Lane,* and *J. M. La Rue,* for the appellant.

*J. L. Miller,* for the state.